# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

Lynne Thornton,

              Plaintiff,

vs.

BASF,

              Defendants.

**SUMMARY JUDGMENT IN A CIVIL CASE**

Civil Action No. 6:98-2360-24

FILED
AUG 3 1 1999
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

**Decision by the Court.** This action came to hearing before the court. The court having adopted the report and recommendation of the magistrate judge granting the defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED that summary judgment is hereby entered as to the defendants, BASF.

August 31, 1999

LARRY W. PROPES, CLERK
UNITED STATES DISTRICT COURT

Deputy Clerk

